### ADAMS & a. v. SPAULDING.

*Stevens* v. *Chase*, 61 N. H. 340, affirmed.

REPLEVIN, for a silk thread cabinet case, alleged in the writ to be of the value of fifteen dollars.   The plaintiffs' evidence showed that the cabinet was worth twelve dollars.   The defendant moved that the action be dismissed for want of jurisdiction.   Motion denied, and the defendant excepted.

*E. S. & H. A. Cutter*, for the defendant.

*G. B. French*, for the plaintiffs.

ALLEN, J.   The only point raised by the defendant's exception was decided in favor of the plaintiffs in *Stevens* v *Chase*, 61 N. H. 340, and no sufficient reason appears for overruling that decision. The supreme court has original jurisdiction of actions of replevin when the value of the property is alleged in the writ to be greater

than $13.33, although it may upon trial be proved to be less than that sum.

*Exceptions overruled.*

SMITH, J., did not sit: the others concurred.